IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID ERIC DALTON,** | ) | CASE NO. 7:14CV00651 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** *ET AL.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that Dalton's motion to amend (Docket No. 8) is **GRANTED**, and the clerk shall **ADD** defendants New River Valley Regional Jail and Gerald McPeak to the case; but this civil action as amended is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This 4th day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE